IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PINELOPE V. ALIZOTIS, | No. C 10-00576 JSW |
| Debtor. | **ORDER DISMISSING APPEAL** |
| _____/ | |

    This matter comes before the Court upon consideration of the Bankruptcy Court's Recommendation that the Court grant the motion to dismiss this appeal. There have been no objections filed to the Bankruptcy Court's recommendation. Good cause appearing, the Court HEREBY ADOPTS the Bankruptcy Court's recommendation, and GRANTS the motion to dismiss this appeal. A separate judgment shall issue, and the Clerk shall close the file.

    **IT IS SO ORDERED.**

Dated: November 12, 2010

                                                      JEFFREY S. WHITE
                                                      UNITED STATES DISTRICT JUDGE